NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REGENCY CONSTRUCTION, INC.,**
*Appellant*

**v.**

**DEPARTMENT OF AGRICULTURE,**
*Appellee*

---

2016-2600

---

Appeal from the Civilian Board of Contract Appeals in Nos. 3246, 4356, Administrative Judge Marian Elizabeth Sullivan, Administrative Judge Jeri Kaylene Somers, Administrative Judge Joseph A. Vergilio.

---

**JUDGMENT**

---

MATTHEW WAYNE WILLIS, Ashley Ashley & Arnold, Dyersburg, TN, argued for appellant. Also represented by SAMMIE LEO ARNOLD.

VITO SALVATORE SOLITRO, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., DEBORAH A. BYNUM.

―――――――――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MOORE and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 December 13, 2017 
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court